# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| ALBERT C. MCCOY, et. al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | CIVIL ACTION |
| v. ) | |
| ) | No. 07-2097-CM-KGS |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| ) | |

## JUDGMENT IN A CIVIL CASE

**Decision by Court.**   This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** pursuant to the Memorandum and Order filed April 20, 2010,  plaintiff to take nothing and the action is dismissed for lack of subject matter jurisdiction.

Date: April 20, 2010         TIMOTHY M. O'BRIEN
                             Clerk of the Court


                             By:  s/ Jennifer Walton
                                  Jennifer Walton, Deputy Clerk